

```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  FREDERICK A. BLACK                          FILED
    Assistant U.S. Attorney                 DISTRICT COURT OF GUAM
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.                      APR 30 2008
 4  Hagåtña, Guam 96910
    TEL: (671) 472-7332                      JEANNE G. QUINATA
 5  FAX: (671) 472-7334                         Clerk of Court

 6  Attorneys for the United States of America

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                       FOR THE TERRITORY OF GUAM
 9
                                                      08-00010
10  UNITED STATES OF AMERICA,      ) MAGISTRATE CASE NO.
                                   )
11                   Plaintiff.    )
                                   )  UNITED STATES' REQUEST
12           vs.                   )  FOR ISSUANCE OF A WARRANT
                                   )
13  QING XIONG ZHENG,              )
                                   )
14                   Defendant.    )
                                   )
15  ─────────────────────────────

16       Comes now the United States of America and requests this Honorable Court issue a

17  warrant for defendant, QING XIONG ZHENG, based on an Information filed charging the

18  defendant with Illegal Entry in violation to Title 8, United States Code, Section 1325(a)(1) and

19  Title 6, United States Code, Sections 251 and 557.

20       Respectfully submitted this ___30___ day of April 2008.

21                                  LEONARDO M. RAPADAS
                                    United States Attorney
22                                  Districts of Guam and NMI

23

24                            By:   _____
                                    FREDERICK A. BLACK
25                                  Assistant U.S. Attorney

26

27

28
                                      44
```