LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>QING XIONG ZHENG,<br><br>                Defendant. | MAGISTRATE CASE NO. 08-00010<br><br>**O R D E R**<br>**re United States' Request for**<br>**Issuance of Warrant** |

    Upon the filing of an Information and the request of the government,

    IT IS SO ORDERED that a warrant be issued for the above-named defendant.

                                                **/s/ Joaquin V.E. Manibusan, Jr.**
                                                  **U.S. Magistrate Judge**
                                                  **Dated: May 01, 2008**