**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: MJ-08-00006-MJ-08-00010-MJ-08-00012     DATE: May 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 2:51:11-3:01:26 |

**APPEARANCES:**

Defendant: Shun Yin Liu     Attorney: Louie Yanza
         Qing Xiong Zheng          Joaquin C. Arriola, Jr.
         Qiu Bao Chen          Samuel S. Teker

☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Frederick A. Black     U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Julia Berg     Language: Mandarin

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Defendant's waives reading of Information.
- Defendant sworn and examined.
- Plea entered: Not Guilty
- Scheduling Order executed.
- Bench Trial set for July 1, 2008 at 9:30 a.m.
- Defendant's remanded to the custody of the U.S. Marshals Service.

NOTES: Louie Yanza appointed for Shun Yin Liu, Joaquin C. Arriola, Jr., appointed for

       Qing Xiong Zheng, and Samuel S. Teker appointed for Qui Bao Chen.