DISTRICT COURT OF GUAM

TERRITORY OF GUAM

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**QING XIONG ZHENG,**<br><br>Defendant. | MAGISTRATE CASE NO. 08-00010<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case *nun pro tunc* to May l, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: May 02, 2008**