AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Guam _____

UNITED STATES OF AMERICA

V.

QING XIONG ZHENG

**WARRANT FOR ARREST**

Case Number: MJ-08-00010-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ QING XIONG ZHENG _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)

Illegal Entry - 8 U.S.C. §1325(a)(1) and 6 U.S.C. §§ 251 and 557

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

RECEIVED
MAY 02 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

RECEIVED
MAY 01 2008
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
MAY 02 2008

JEANNE G. QUINATA
Clerk of Court

| Carmen B. Santos | _[signature]_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | May 1, 2008 in Hagatña, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 5/1/08 | NAME AND TITLE OF ARRESTING OFFICER Erwin Tejeda SA USICE | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 5/2/08 | | |

Case 1:08-mj-00010   Document 8   Filed 05/02/2008   Page 1 of 2

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___QING XIONG ZHENG___

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____