JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *QING XIONG ZHENG*

**FILED**
DISTRICT COURT OF GUAM

MAY 0 6 2008RD.

JEANNE G. QUINATA
Clerk of Court

## ·IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) *Magistrate* ~~CRIMINAL~~ CASE NO. **08-00010** |
| Plaintiff, | ) |
| | ) |
| vs. | ) **REQUEST FOR NOTICE OF INTENT** |
| | ) **TO USE EVIDENCE AND DISCOVERY** |
| QING XIONG ZHENG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW Defendant QING XIONG ZHENG through counsel Arriola, Cowan &
Arriola, by JOAQUIN C. ARRIOLA, JR., and requests, pursuant to Rules 12 and 16 of the Federal
Rules of Criminal Procedure, notice from the Government of its intention to use (in its evidence in
chief at trial) any evidence which the Defendant may be entitled to discover under Rule 16 as well
as the opportunity for inspection, copying or photographing any and all of the following:

1.      Any relevant written or recorded statements made by the defendant, or copies
        thereof, within the possession, custody of control of the government, the
        existence of which is known, or by the exercise of due diligence may become
        known, to the attorney for the government; that portion of any written record
        containing the substance of any relevant oral statement made by the defendant
        whether before or after arrest in response to interrogation by any person then
        known to the defendant to be a government agent; and recorded testimony
        of the defendant before a grand jury which relates to the offenses charged;
        as well as the substance of any other relevant oral statement made by the
        defendant whether before or after arrest in response to interrogation by any



person then known by the defendant to be a government agent if the government intends to use that statement at trial;

2. Such copy of the defendant's prior criminal record, if any, as is within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known to the attorney for the government;

3. Any books, papers, documents, photographs, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody or control of the government, and which are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at the trial, or were obtained from or belong to the defendant;

4. Any result or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known to the attorney for the government, and which are material to the preparation of the defense or are intended for use by the government as evidence in chief at the trial; and

5. A written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications.

If, prior to or during trial, the Government discovers additional evidence or material herein requested, Defendant QING XIONG ZHENG requests prompt notice of the existence of the additional evidence or material, under the continuing duty to disclose pursuant to Rule 16(c).

Dated at Hagåtña, Guam: May 6, 2008.

ARRIOLA, COWAN & ARRIOLA
Counsel for *QING XIONG ZHENG*

_____
JOAQUIN C. ARRIOLA, JR.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, a copy of the Request for Notice of Intent to Use Evidence and Discovery was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

FREDERICK A. BLACK, ESQ.
Assistant U.S. Attorney
Office of the United States Attorney
Criminal Division
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

Dated at Hagåtña, Guam: May 6, 2008.

ARRIOLA, COWAN & ARRIOLA
Counsel for *QING XIONG ZHENG*

JOAQUIN C. ARRIOLA, JR.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910