DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>**QING XIONG ZHENG,**<br><br>    Defendant. | MAGISTRATE CASE NO. 08-00010<br><br><br>**APPOINTMENT ORDER** |

   IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent

the defendant in the above-entitled case *nun pro tunc* to May l, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
 **U.S. Magistrate Judge**
**Dated: May 02, 2008**