# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: MJ-08-00010          DATE: June 06, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio     Electronically Recorded: 8:35:59 - 8:54:01

**APPEARANCES:**

Defendant: Qing Xiong Zheng            Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black       U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Julia Berg                 Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant advised of his rights.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: September 4, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: July 31, 2008
- Response to Presentence Report: August 14, 2008
- Final Presentence Report due to the Court: August 28, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: Parties requested for an earlier date around July for sentencing. Court noted that if the pre sentence report is finished ahead of time that parties and probation inform the court so that an earlier sentencing date can be set.