qingzhengpsr

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 08-00010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **GOVERNMENT'S STATEMENT** |
| | ) | **ADOPTING FINDINGS OF** |
| | ) | **PRESENTENCE REPORT** |
| QING XIONG ZHENG, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 11th day of August 2008.

                                                LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and NMI

By:   /S/ Frederick A. Black
        FREDERICK A. BLACK
        Assistant U.S. Attorney