**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: MJ-08-00010                    DATE: September 04, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio         Electronically Recorded: 10:39:03 - 10:49:18

**APPEARANCES:**

Defendant: Qing Xion Zheng                  Attorney: Minakshi V. Hemlani
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black           U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Julia Berg                     Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of 2 years.
- Defendant shall be turned over to a duly authorized immigration official for deportation proceeding. If deportation fails to occur and the defendant is released pending further immigration proceedings, he shall immediately report the U.S. Probation Office to begin his term of probation.
- Fine waived.
- Special assessment fee of $10.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: